UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPAX LABORATORIES, INC.<br><br>        Plaintiff(s),<br><br>  v.<br><br>MEDICIS PHARMACEUTICAL CORP.<br><br>        Defendant(s).<br>_____/ | No. C 08-0253-EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 1/16/08

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")