AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

IMPAX LABORATORIES, INC.

V.

MEDICIS PHARMACEUTICAL CORP.

**SUMMONS IN A CIVIL ACTION** EMC

CASE NUMBER: CV 08 0253

TO: (Name and address of Defendant)

> Medicis Pharmaceutical Corp.
> c/o C T Corporation System
> 818 West Seventh Street
> Los Angeles, California 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Ron E. Shulman
> Roger J. Chin
> Wilson Sonsini Goodrich & Rosati
> 650 Page Mill Road
> Palo Alto, California 94304

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JAN 15 2008

CLERK                                                           DATE

(By) DEPUTY CLERK    ANNA SPRINKLES

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE  January 24, 2008 |
| NAME OF SERVER *(PRINT)*  Roger J. Chin || TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Per agreement of counsel (see attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  n/a |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/08
             *Date*

*Signature of Server*

One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94107
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE • NEW YORK, NY 10153-0119
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

ELIZABETH STOTLAND WEISWASSER
PARNTER
DIRECT LINE (212) 310-8022
elizabeth.weiswasser@weil.com

January 22, 2008

**BY FACSIMILE AND FEDERAL EXPRESS**

Roger J. Chin, Esq.
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

      Re:   Impax Labs., Inc. v. Medicis Pharmaceutical Corp.,
             CV 08 0253 (ND Cal) (EMC)

Dear Roger:

      We represent Medicis Pharmaceutical Corp. in the above-referenced action. Thank you for your letter of January 15th to Seth Rodner attaching a copy of IMPAX's Complaint for Declaratory Judgment, which you indicate has been filed but not served.

      We disagree with IMPAX that its declaratory judgment action is appropriate. If IMPAX chooses to maintain the action, you should serve us and we will respond.

Sincerely,

Elizabeth Stotland Weiswasser

cc: Seth L. Rodner



One Market
Spear Street Tower, Suite 3300
San Francisco, CA 94105-1126

PHONE 415.947.2000
FAX 415.947.2099

www.wsgr.com

January 22, 2008

**VIA FACSIMILE**

Elizabeth S. Weiswasser, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

    **Re:**    *IMPAX Laboratories, Inc. v. Medicis Pharmaceutical Corp.*,
             **Case No. C08-0253-MMC (N.D. Cal.)**

Dear Elizabeth:

    Thank your for your letter of earlier today, in which you suggest that we should serve you with the complaint.  Can you confirm by tomorrow that your firm agrees on behalf of the defendant to accept service of the complaint and related materials by Federal Express?

                                      Sincerely,

                                      WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation

                                    Roger J. Chin

C:\NrPortbl\PALIB1\RC2\3276055_1.DOC

AUSTIN    NEW YORK    PALO ALTO    SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

## WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE • NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

ELIZABETH STOTLAND WEISWASSER
PARNTER
DIRECT LINE (212) 310-8022
elizabeth.weiswasser@weil.com

January 23, 2008

**BY FACSIMILE AND FEDERAL EXPRESS**

Roger J. Chin, Esq.
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

Re: IMPAX Labs., Inc. v. Medicis Pharmaceutical Corp., Case No. C08-0253-MMC (N.D. Cal.)

Dear Roger:

This responds to your letter of yesterday. By this letter, we confirm that Weil, Gotshal will accept service of the complaint in the above-referenced action on behalf of Defendant Medicis Pharmaceutical Corp. Please direct service to my attention.

Sincerely,

Elizabeth Stotland Weiswasser

cc: Seth L. Rodner

NYI:\1537849\01\WYM101!.DOC\62626.0008



Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

PHONE 415.947.2000
FAX 415.947.2099

www.wsgr.com

January 23, 2008

**VIA FEDERAL EXPRESS**

Elizabeth S. Weiswasser, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Re:  *IMPAX Laboratories, Inc. v. Medicis Pharmaceutical Corp.*
     Case No. C08-0253-MMC (N.D. Cal.)

Dear Elizabeth:

Thank you for agreeing to accept service of the complaint and related materials on behalf of defendant Medicis Pharmaceutical Corp. Enclosed please find defendant's service copy of:

- Summons

- Civil Cover Sheet

- Complaint

- ECF Registration Information Handout

- Welcome to the U.S. District Court San Francisco

- Drop Box Filing Procedures

- Notice of Assignment of Case to a United States Magistrate Judge for Trial

- Order Setting Initial Case Management Conference and ADR Deadlines

- Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Edward M. Chen

- Standing Order for All Judges of the Northern District of California

C:\NrPortbl\PALIB1\SF8\3277095_1.DOC

AUSTIN   NEW YORK   PALO ALTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Elizabeth S. Weiswasser, Esq.
January 23, 2008
Page 2

- Report on the Filing or Determination of an Action Regarding a Patent or Trademark

- Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

- Notice of Impending Reassignment to a United States District Court Judge

- Reassignment Order

- Pretrial Preparation Order

- Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Roger J. Chin

RJC/srf
Enclosures

C:\NrPortbl\PALIB1\SF8\3277095_1.DOC (1192)

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on this date on counsel for defendant, via United States mail and facsimile:

> Elizabeth S. Weiswasser, Esq.
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Facsimile: (212) 310-8007

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2008, at San Francisco, California.

_____
Roger J. Chin

CASE NO. C08-0253-MMC