1  RON E. SHULMAN, State Bar No. 178263
ROGER J. CHIN, State Bar No. 184662
2  JENNIFER KOH, State Bar No. 238653
WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
650 Page Mill Road
4  Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
Email: rchin@wsgr.com
6
Attorneys for Plaintiff
7  IMPAX LABORATORIES, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | IMPAX LABORATORIES, INC.,        | CASE NO.: C08-0253-MMC

13 |         Plaintiff,

14 |    v.                             | **CERTIFICATE OF SERVICE**

15 | MEDICIS PHARMACEUTICAL CORP.,

16 |         Defendant.

17

18    I hereby certify that the Case Management Conference Order and the Standing Orders for

19 Civil Cases Assigned to the Honorable Maxine M. Chesney were served on this date on counsel

20 for defendant, via United States mail and facsimile:

21    Elizabeth S. Weiswasser, Esq.
      Weil Gotshal & Manges LLP
22    767 Fifth Avenue
      New York, New York 10153
23    Facsimile: (212) 310-8007

24 I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of

25 January, 2008, at San Francisco, California.

26

27

28                                           _____
                                             Roger J. Chin

CERTIFICATE OF SERVICE                                                          3282273_1.DOC
CASE NO. C08-0253