MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ELIZABETH STOTLAND WEISWASSER
(New York Bar No. EW-0736 – *Pro Hac Vice Pending*)
elizabeth.weiswasser@weil.com
JENNIFER H. WU
(New York Bar No. JW-1201 – *Pro Hac Vice Pending*)
jennifer.wu@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
MEDICIS PHARMACEUTICAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPAX LABORATORIES, INC., | Case No. C08-00253 MMC |
| Plaintiff, | **CIVIL LOCAL RULE 3-16 CERTIFICATION** |
| v. | |
| MEDICIS PHARMACEUTICAL CORP., | |
| Defendant. | |

1        Pursuant to Civil Local Rule 3-16, Defendant Medicis Pharmaceutical Corp.

2    certifies that as of this date, other than the named parties and their shareholders, there is no such

3    interest to report.

4    Dated:  February 4, 2008        WEIL, GOTSHAL & MANGES LLP

5

6

7                  By: _____/s/_____

8                    Matthew D. Powers
                     Attorneys for Defendant
                     Medicis Pharmaceutical Corp.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28