

1 ELIZABETH STOTLAND WEISWASSER
(New York Bar No. EW-0736)
2 elizabeth.weiswasser@weil.com
WEIL, GOTSHAL & MANGES LLP
3 767 Fifth Avenue
New York, NY 10153
4 Telephone: (212) 310-8000
Facsimile: (212) 310-8007
5
MATTHEW D. POWERS (Bar No. 104795)
6 matthew.powers@weil.com
WEIL, GOTSHAL & MANGES LLP
7 201 Redwood Shores Parkway
Redwood Shores, CA 94065
8 Telephone: (650) 802-3000
Facsimile: (650) 802-3100
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12

13 IMPAX LABORATORIES, INC.,                  Case No. C08-00253 MMC

14          Plaintiff,

15     v.                                     **APPLICATION FOR ADMISSION OF
                                              ATTORNEY *PRO HAC VICE***

16 MEDICIS PHARMACEUTICAL CORP.,

17          Defendant.

18

19          Pursuant to Civil L.R. 11-3, Elizabeth Stotland Weiswasser, an active member in

20 good standing of the bar of the Southern District of New York, hereby applies for admission to

21 practice in the Northern District of California on a *pro hac vice* basis representing Medicis

22 Pharmaceutical Corp., in the above-entitled action.

23          In support of this application, I certify on oath that:

24     1.   I am an active member in good standing of a United States Court or of the highest

25          court of another State or the District of Columbia, as indicated above;

26     2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

27          Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

28          become familiar with the Local Rules and the Alternative Dispute Resolution

1    programs of this Court; and,

2    3.    An attorney who is a member of the bar in this Court in good standing and who

3    maintains an office within the State of California has been designated as co-

4    counsel in the above-entitled action.  The name, address and telephone number of

5    that attorney is:

6    Matthew D. Powers
     WEIL, GOTSHAL & MANGES LLP
7    201 Redwood Shores Parkway
     Redwood Shores, CA 94065
8    Tel. (650) 802-3000

9    I declare under penalty of perjury that the foregoing is true and correct.

10

11   Dated:  February 4, 2008

12                                                    _____
                                                      Elizabeth Stotland Weiswasser

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RECEIVED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DIST. COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1
2
3  IMPAX LABORATORIES, INC.,            Case No. C08-00253 MMC

4          Plaintiff,

5      v.                               **[PROPOSED] ORDER GRANTING
                                        APPLICATION FOR ADMISSION OF
6  MEDICIS PHARMACEUTICAL CORP.,        ATTORNEY *PRO HAC VICE***

7          Defendant.

8
9
10         Elizabeth Stotland Weiswasser, an active member in good standing of the bar of

the Southern District of New York, whose business address and telephone number is: 767 Fifth
11
Avenue, New York, NY 10153,  Telephone Number: (212) 310 8000, having applied in the
12
above-entitled action for admission to practice in the Northern District of California on a *pro hac*
13
*vice* basis representing Medicis Pharmaceutical Corp.
14
           IT IS HEREBY ORDERED that the applicant is granted, subject to the terms and
15
conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
16
*vice*.  Service of papers upon and communication with co-counsel designated in the application
17
will constitute notice to the party.  All future filings in this case are subject to the requirements
18
contained in General Order No. 45, *Electronic Case Filing*.
19
20
Dated:_____                    _____
21                                          Judge Maxine M. Chesney
22
23
24
25
26
27
28

1

## DECLARATION OF SERVICE

2      I am a citizen of the United States, more than 18 years old, and not a party to this

3   action.  My place of employment and business address is 767 Fifth Avenue, New York, NY

4   10153.  On February 4, 2008, I caused a copy of the **APPLICATION OF ELIZABETH**

5   **STOTLAND WEISWASSER TO APPEAR *PRO HAC VICE* AND PROPOSED ORDER**

6   **GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** to be

7   served as follows:

8           [  ] **BY MAIL**  I am readily familiar with the business practice at my place of
    business for collection and processing of correspondence for mailing with the United States
9   Postal Service.  Correspondence so collected and processed is deposited with the United States
    Postal Service that same day in the ordinary course of business.  The above document was placed
10  in a sealed envelope with first-class postage thereon fully prepaid, and placed for collection and
    mailing on that date following ordinary business practice.

11

            [ X ] **BY FACSIMILE**  The facsimile machine used to serve the above document
12  on said party or parties produced a record showing that the facsimile transmission was completed
    successfully.

13

            [  ] **BY OVERNIGHT COURIER SERVICE**  I am readily familiar with the
14  business practice at my place of business for collection and processing of correspondence for
    deposit with an overnight delivery service.  Correspondence placed for collection and processing
15  is either delivered to a courier or driver authorized by said overnight delivery service to receive
    documents or deposited by an employee or agent of this firm in a box or other facility regularly
16  maintained by said overnight delivery service that same day in the ordinary course of business.

17           [  ] **BY HAND DELIVERY**  I caused said documents to be hand delivered to the
    parties designated below by delivering said copies thereof to a person over the age of eighteen
18  (18) years and not a party to this action.

19           [  ]      **BY ELECTRONIC SERVICE**  I am readily familiar with the business
    practice at my place of business for electronically mailing a true and correct copy through Weil,
20  Gotshal & Manges, LLP's electronic mail system to the e-mail address(es) set forth below, or as
    stated on the attached service list per agreement in accordance with Code of Civil Procedure
21  section 1010.6.

| 22 | RON E. SHULMAN | |
|---|---|---|
| 23 | ROGER J. CHIN<br>Wilson Sonsini Goodrich & Rosati | |
| 24 | 650 Page Mill Road<br>Palo Alto, California 94304 | |
| 25 | Tel: (206) 516-3880<br>Fax: (206) 516-3883 | |
| 26 | Email: rshulman@wsgr.com<br>Email: rchin@wsgr.com | |

27

28

1    Executed on February 4, 2008 at New York, New York.  I declare under penalty of

2    perjury under the laws of the United States of America that the foregoing is true and correct.

3

4    _____
     Sheila Eckert

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION OF ELIZABETH STOTLAND WEISWASSER
TO APPEAR PRO HAC VICE                                    2

Case No. C08-00253 MMC
NY1:\1538226\01\wyw$01!.DOC\62626.0008