UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IMPAX LABORATORIES, INC.,

Plaintiff,

v.

MEDICIS PHARMACEUTICAL CORP.,

Defendants.

Case No. C08-00253 MMC

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

E-Filing

Jennifer H. Wu, an active member in good standing of the bar of the Southern District of New York, whose business address and telephone number is: 767 Fifth Avenue, New York, NY 10153, Telephone Number: (212) 310 8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Medicis Pharmaceutical Corp.

IT IS HEREBY ORDERED that the applicant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this case are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: **FEB X 7 2008**

*/s/ Maxine M. Chesney*
Judge Maxine M. Chesney