UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

| | |
|---|---|
| IMPAX LABORATORIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MEDICIS PHARMACEUTICAL CORP.,<br><br>Defendant. | Case No. C08-00253 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

RECEIVED
FEB - 5 2008
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA

Elizabeth Stotland Weiswasser, an active member in good standing of the bar of the Southern District of New York, whose business address and telephone number is: 767 Fifth Avenue, New York, NY 10153, Telephone Number: (212) 310 8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Medicis Pharmaceutical Corp.

IT IS HEREBY ORDERED that the applicant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this case are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: FEB X 7 2008

*/s/ Maxine M. Chesney*
Judge Maxine M. Chesney