MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ELIZABETH STOTLAND WEISWASSER
(New York Bar No. EW-0736 – *Pro Hac Vice*)
elizabeth.weiswasser@weil.com
JENNIFER H. WU
(New York Bar No. JW-1201 – *Pro Hac Vice*)
jennifer.wu@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
MEDICIS PHARMACEUTICAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPAX LABORATORIES, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>MEDICIS PHARMACEUTICAL CORP.,<br><br>            Defendant. | Case No. C08-00253 MMC<br><br>**STIPULATION TO EXTEND TIME FOR MEDICIS TO RESPOND TO IMPAX'S COMPLAINT FOR DECLARATORY JUDGMENT** |

1  Pursuant to Civil Local Rule 6-1, Plaintiff IMPAX Laboratories, Inc. and Defendant Medicis Pharmaceutical Corp., hereby stipulate to extend Medicis Pharmaceutical Corp.'s time to respond to the Complaint from February 27, 2008, through and including March 5, 2008.

**SO STIPULATED.**

Dated: February 25, 2008                WILSON SONSINI GOODRICH & ROSATI

By: _____/s/ (signature)_____
Roger J. Chin
Attorneys for Plaintiff
IMPAX Laboratories, Inc.

Dated: February 25, 2008                WEIL GOTSHAL & MANGES LLP

By: _____/s/_____
Matthew D. Powers
Attorneys for Defendant
Medicis Pharmaceutical Corp.