MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ELIZABETH STOTLAND WEISWASSER
(New York Bar No. EW-0736 – *Pro Hac Vice*)
elizabeth.weiswasser@weil.com
JENNIFER H. WU
(New York Bar No. JW-1201 – *Pro Hac Vice*)
jennifer.wu@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
MEDICIS PHARMACEUTICAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPAX LABORATORIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MEDICIS PHARMACEUTICAL CORP.,<br><br>Defendant. | Case No. C08-00253 MMC<br><br>**[PROPOSED] ORDER GRANTING MEDICIS' MOTION TO DISMISS**<br><br>The Honorable Maxine M. Chesney |

1         The Court, having considered the papers submitted in connection with Medicis Pharmaceutical Corp.'s Motion to Dismiss, HEREBY ORDERS that the Motion to Dismiss is granted because IMPAX has not established that a justiciable Article III controversy exists or in the alternative because this Court exercises its discretion to decline jurisdiction over IMPAX's declaratory judgment complaint.

Dated: _____

                                                The Honorable Maxine M. Chesney
                                                United States District Court Judge