RON E. SHULMAN, State Bar No. 178263
ROGER J. CHIN, State Bar No. 184662
JENNIFER KOH, State Bar No. 238653
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: rchin@wsgr.com

Attorneys for Plaintiff
IMPAX LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPAX LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDICIS PHARMACEUTICAL CORP., <br><br> Defendant. | CASE NO.: C08-0253-MMC <br><br> **DECLARATION OF TED SMOLENSKI IN SUPPORT OF IMPAX'S OPPOSITION TO MEDICIS'S MOTION TO DISMISS** <br><br> Date: April 11, 2008 <br> Time: 9:00 a.m. <br> Before: Hon. Maxine M. Chesney |

I, Ted Smolenski, declare as follows:

1. I am currently employed at IMPAX Laboratories, Inc. as Director, Market Planning. As part of my job, I attend conferences about the pharmaceutical and healthcare industries. I have personal knowledge of the facts stated herein.

2. On January 8, 2008, I attended the 26th Annual JPMorgan Healthcare Conference held in San Francisco, California. Among other presentations at the JPMorgan Healthcare Conference, I attended a presentation by Jonah Shacknai, Chairman and CEO of Medicis Pharmaceutical Corporation.

3. After his presentation, Mr. Shacknai answered questions about, among other things, one of Medicis' products, Solodyn, at a breakout session. During the breakout session, Mr. Shacknai stated that Medicis would protect Solodyn from generic competition and stated specifically that Medicis would use "extreme aggression" to do so.

4. I did not ask any questions of Mr. Shacknai at the presentation or the breakout session, nor did I ask anyone else to ask questions on my behalf. I attended the presentation and breakout session merely as an observer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2008, at Hayward, California.

*/s/ Ted Smolenski*