RON E. SHULMAN, State Bar No. 178263
ROGER J. CHIN, State Bar No. 184662
JENNIFER KOH, State Bar No. 238653
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Plaintiff
IMPAX LABORATORIES, INC.

MATTHEW D. POWERS, State Bar No. 104795
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ELIZABETH STOTLAND WEISWASSER (*Pro Hac Vice*)
JENNIFER H. WU (*Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
MEDICIS PHARMACEUTICAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPAX LABORATORIES, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>MEDICIS PHARMACEUTICAL CORP.,<br><br>      Defendant. | CASE NO.: C08-0253-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, plaintiff Impax Laboratories, Inc. and defendant Medicis Pharmaceutical Corp. hereby stipulate and jointly request that the Court continue the Initial Case Management Conference. The parties jointly declare the following in support of this request:

WHEREAS, the Initial Case Management Conference is presently scheduled for Friday, April 25, 2008;

WHEREAS, defendant filed a motion to dismiss on jurisdictional grounds, which has been fully briefed by the parties and which the Court has taken under submission;

WHEREAS, resolution of the pending motion to dismiss has the potential to affect whether and in what form this action will proceed;

WHEREAS, in order to conserve the resources of the Court and the parties, the parties have mutually concluded that discovery and further case scheduling should take place after the jurisdictional motion to dismiss is resolved;

WHEREAS, the parties have not sought any previous modification to the Case Management Conference Order, and the only previous time modifications in this case have been to extend the time for defendant to respond to the complaint pursuant to Civil Local Rule 6-1(a);

IT IS HEREBY STIPULATED, subject to the approval of the Court:

1.  The Initial Case Management Conference, presently scheduled for Friday, April 25, 2008, is vacated.

2.  The clerk shall reschedule the Initial Case Management Conference for 10:30 a.m. on the Friday following issuance of the Court's order on the pending motion to dismiss, or as soon thereafter as the Court's schedule may permit.

3.  Discovery shall be stayed until issuance of the Court's order on the pending motion to dismiss, at which time this stay shall automatically be lifted.

4.  The parties' Initial Disclosures pursuant to Rule 26(a)(1) shall be due two weeks after the rescheduled Initial Case Management Conference.

| | | |
|---|---|---|
| 1 | Dated: April 15, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Jennifer Koh<br>    Jennifer Koh<br>    jkoh@wsgr.com |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>IMPAX LABORATORIES, INC. |
| 7 | | |
| 8 | Dated: April 15, 2008 | WEIL, GOTSHAL & MANGES LLP |
| 9 | | |
| 10 | | By: _____<br>    Elizabeth Stotland Weiswasser<br>    elizabeth.weiswasser@weil.com |
| 11 | | |
| 12 | | Attorneys for Defendant<br>MEDICIS PHARMACEUTICAL CORP. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                   _____
                                      Hon. Maxine M. Chesney
                                      United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14                    SIGNATURE PAGE EXHIBIT
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: April 15, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Jennifer Koh<br>jkoh@wsgr.com |
| 5 | | Attorneys for Plaintiff<br>IMPAX LABORATORIES, INC. |
| 6 | | |
| 7 | Dated: April 15, 2008 | WEIL, GOTSHAL & MANGES LLP |
| 9 | | By: _____ |
| 10 | | Elizabeth Stotland Weiswasser<br>elizabeth.weiswasser@weil.com |
| 11 | | Attorneys for Defendant<br>MEDICIS PHARMACEUTICAL CORP. |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                     Hon. Maxine M. Chesney
                     United States District Judge

STIPULATION AND [PROPOSED] ORDER                -2-
CASE NO. C08-0253-MMC