```
 1  RON E. SHULMAN, State Bar No. 178263
    ROGER J. CHIN, State Bar No. 184662
 2  JENNIFER KOH, State Bar No. 238653
    WILSON SONSINI GOODRICH & ROSATI
 3  Professional Corporation
    650 Page Mill Road
 4  Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
 5  Facsimile: (650) 565-5100

 6  Attorneys for Plaintiff
    IMPAX LABORATORIES, INC.
 7
    MATTHEW D. POWERS, State Bar No. 104795
 8  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
 9  Redwood Shores, CA 94065
    Telephone: (650) 802-3000
10  Facsimile: (650) 802-3100

11  ELIZABETH STOTLAND WEISWASSER (Pro Hac Vice)
    JENNIFER H. WU (Pro Hac Vice)
12  WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
13  New York, NY 10153
    Telephone: (212) 310-8000
14  Facsimile: (212) 310-8007

15  Attorneys for Defendant
    MEDICIS PHARMACEUTICAL CORP.
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPAX LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDICIS PHARMACEUTICAL CORP., <br><br> Defendant. | CASE NO.: C08-0253-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. C08-0253-MMC

Pursuant to Civil Local Rule 6-2, plaintiff Impax Laboratories, Inc. and defendant Medicis Pharmaceutical Corp. hereby stipulate and jointly request that the Court continue the Initial Case Management Conference. The parties jointly declare the following in support of this request:

WHEREAS, the Initial Case Management Conference is presently scheduled for Friday, April 25, 2008;

WHEREAS, defendant filed a motion to dismiss on jurisdictional grounds, which has been fully briefed by the parties and which the Court has taken under submission;

WHEREAS, resolution of the pending motion to dismiss has the potential to affect whether and in what form this action will proceed;

WHEREAS, in order to conserve the resources of the Court and the parties, the parties have mutually concluded that discovery and further case scheduling should take place after the jurisdictional motion to dismiss is resolved;

WHEREAS, the parties have not sought any previous modification to the Case Management Conference Order, and the only previous time modifications in this case have been to extend the time for defendant to respond to the complaint pursuant to Civil Local Rule 6-1(a);

IT IS HEREBY STIPULATED, subject to the approval of the Court:

1. The Initial Case Management Conference, presently scheduled for Friday, April 25, 2008, is vacated.

2. The clerk shall reschedule the Initial Case Management Conference for 10:30 a.m. on the Friday following issuance of the Court's order on the pending motion to dismiss, or as soon thereafter as the Court's schedule may permit.

3. Discovery shall be stayed until issuance of the Court's order on the pending motion to dismiss, at which time this stay shall automatically be lifted.

4. The parties' Initial Disclosures pursuant to Rule 26(a)(1) shall be due two weeks after the rescheduled Initial Case Management Conference.

| | | |
|---|---|---|
| 1 | Dated: April 15, 2008 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | | |
| 4 | | By: /s/ Jennifer Koh |
| 5 | | Jennifer Koh |
| | | jkoh@wsgr.com |
| 6 | | Attorneys for Plaintiff |
| | | IMPAX LABORATORIES, INC. |
| 7 | | |
| 8 | Dated: April 15, 2008 | WEIL, GOTSHAL & MANGES LLP |
| 9 | | |
| 10 | | By: /s/ |
| | | Elizabeth Stotland Weiswasser |
| | | elizabeth.weiswasser@weil.com |
| 11 | | |
| 12 | | Attorneys for Defendant |
| | | MEDICIS PHARMACEUTICAL CORP. |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 15, 2008

_____
Hon. Maxine M. Chesney
United States District Judge