1  DAVID GREENBAUM
   (New York Bar No. 2947455)
2  david.greenbaum@weil.com
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
   New York, NY 10153
4  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007
5
   MATTHEW D. POWERS (Bar No. 104795)
6  matthew.powers@weil.com
   WEIL, GOTSHAL & MANGES LLP
7  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
8  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
9



FILED
APR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPAX LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDICIS PHARMACEUTICAL CORP., <br><br> Defendant. | Case No. C08-00253 MMC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, David Greenbaum, an active member in good standing of the bars of the State of New York and the United States District Court for the Southern District of New York, hereby applies for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing Medicis Pharmaceutical Corp., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

1       become familiar with the Local Rules and the Alternative Dispute Resolution
2       programs of this Court; and,
3  3.   An attorney who is a member of the bar in this Court in good standing and who
4       maintains an office within the State of California has been designated as co-
5       counsel in the above-entitled action. The name, address and telephone number of
6       that attorney is:

> Matthew D. Powers
> WEIL, GOTSHAL & MANGES LLP
> 201 Redwood Shores Parkway
> Redwood Shores, CA  94065
> Tel. (650) 802-3000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 11, 2008

_____
David Greenbaum

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
APR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPAX LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDICIS PHARMACEUTICAL CORP., <br><br> Defendants. | Case No. C08-00253 MMC <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

    David Greenbaum, an active member in good standing of the bar of the Southern District of New York, whose business address and telephone number is: 767 Fifth Avenue, New York, NY 10153, Telephone Number: (212) 310 8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Medicis Pharmaceutical Corp.

    IT IS HEREBY ORDERED that the applicant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this case are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

                                                                              Judge Maxine M. Chesney

|   |   |
|---|---|
| 1 | **DECLARATION OF SERVICE** |
| 2 | I am a citizen of the United States, more than 18 years old, and not a party to this |
| 3 | action. My place of employment and business address is 767 Fifth Avenue, New York, NY |
| 4 | 10153. On April 11, 2008, I caused a copy of the **APPLICATION OF DAVID GREENBAUM** |
| 5 | **TO APPEAR *PRO HAC VICE* AND PROPOSED ORDER GRANTING APPLICATION** |
| 6 | **FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** to be served as follows: |

[ ] **BY MAIL** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. The above document was placed in a sealed envelope with first-class postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practice.

[ ] **BY FACSIMILE** The facsimile machine used to serve the above document on said party or parties produced a record showing that the facsimile transmission was completed successfully.

[X] **BY OVERNIGHT COURIER SERVICE** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for deposit with an overnight delivery service. Correspondence placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business.

[ ] **BY HAND DELIVERY** I caused said documents to be hand delivered to the parties designated below by delivering said copies thereof to a person over the age of eighteen (18) years and not a party to this action.

[ ] **BY ELECTRONIC SERVICE** I am readily familiar with the business practice at my place of business for electronically mailing a true and correct copy through Weil, Gotshal & Manges, LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

| | |
|---|---|
| RON E. SHULMAN<br>ROGER J. CHIN<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Tel: (650) 493-9300<br>Fax: (650) 565-5100<br>Email: rshulman@wsgr.com<br>Email: rchin@wsgr.com | |

1  Executed on April 11, 2008 at New York, New York.  I declare under penalty of
2  perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Javier Hidalgo

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPLICATION OF DAVID GREENBAUM TO APPEAR PRO HAC VICE        2        Case No. C08-00253 MMC
NY1:\1552137\02\x9mx02!.DOC\62626.0008