**RECEIVED APR 1 4 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPAX LABORATORIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MEDICIS PHARMACEUTICAL CORP.,<br><br>Defendants. | Case No. C08-00253 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David Greenbaum, an active member in good standing of the bar of the Southern District of New York, whose business address and telephone number is: 767 Fifth Avenue, New York, NY 10153, Telephone Number: (212) 310 8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Medicis Pharmaceutical Corp.

IT IS HEREBY ORDERED that the applicant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this case are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 04/17/08

_____
Judge Maxine M. Chesney

*[Signature and seal: Judge Maxine M. Chesney, United States District Court, Northern District of California]*

APPLICATION OF DAVID GREENBAUM TO APPEAR PRO HAC VICE

Case No. C08-00253 MMC
NY1:\1552137\02\x9mx02!.DOC\62626.0008