IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IMPAX LABORATORIES, INC.,

    Plaintiff,

 v.

MEDICIS PHARMACEUTICAL CORP.,

    Defendant.
                /

No. CV-08-0253 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendant's motion to dismiss is hereby GRANTED.

Dated: April 22, 2008               Richard W. Wieking, Clerk

                            *Tracy Lucero*

                         By: Tracy Lucero
                         Deputy Clerk