1   RON E. SHULMAN, State Bar No. 178263
    ROGER J. CHIN, State Bar No. 184662
2   JENNIFER KOH, State Bar No. 238653
    WILSON SONSINI GOODRICH & ROSATI
3   Professional Corporation
    650 Page Mill Road
4   Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
5   Facsimile:  (650) 565-5100
    Email:  rchin@wsgr.com

6
    Attorneys for Plaintiff
7   IMPAX LABORATORIES, INC.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  IMPAX LABORATORIES, INC.,              CASE NO.:  C08-0253-MMC

13            Plaintiff,                   **NOTICE OF APPEAL**

14       v.

15  MEDICIS PHARMACEUTICAL CORP.,

16            Defendant.

17

18       Notice is hereby given that plaintiff Impax Laboratories, Inc. in the above named case

19  hereby appeals to the United States Court of Appeals for the Federal Circuit from the final

20  judgment entered in this action on April 22, 2008 and all rulings and orders merged therein,

21  including the Order Granting Defendant's Motion to Dismiss dated April 16, 2008 and the

22  Judgment in a Civil Case dated April 22, 2008.

23
    Dated:  May 12, 2008                   WILSON SONSINI GOODRICH & ROSATI
24                                          Professional Corporation

25

26                                          By: _____
                                                 Roger J. Chin
27                                               rchin@wsgr.com

28                                          Attorneys for Plaintiff
                                            IMPAX LABORATORIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appeal was served on this date on counsel for defendant, via United States mail and facsimile:

Elizabeth S. Weiswasser, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007

Matthew D. Powers, Esq.
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Facsimile: (650) 802-3100

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2008, at San Francisco, California.

Roger L. Chin