RON E. SHULMAN, State Bar No. 178263
ROGER J. CHIN, State Bar No. 184662
JENNIFER KOH, State Bar No. 238653
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: rchin@wsgr.com

Attorneys for Plaintiff
IMPAX LABORATORIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPAX LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDICIS PHARMACEUTICAL CORP., <br><br> Defendant. | CASE NO.: C08-0253-MMC <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that plaintiff Impax Laboratories, Inc. in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on April 22, 2008 and all rulings and orders merged therein, including the Order Granting Defendant's Motion to Dismiss dated April 16, 2008 and the Judgment in a Civil Case dated April 22, 2008.

Dated: May 12, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Roger J. Chin
rchin@wsgr.com

Attorneys for Plaintiff
IMPAX LABORATORIES, INC.

NOTICE OF APPEAL
CASE NO. C08-0253-MMC

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appeal was served on this date on counsel for defendant, via United States mail and facsimile:

Elizabeth S. Weiswasser, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007

Matthew D. Powers, Esq.
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Facsimile: (650) 802-3100

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2008, at San Francisco, California.

_____
Roger J. Chin

ADRMOP, AO279, APPEAL, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00253-MMC
### Internal Use Only

| | |
|---|---|
| IMPAX Laboratories, Inc. v. Medicis Pharmaceutical Corp | Date Filed: 01/15/2008 |
| Assigned to: Hon. Maxine M. Chesney | Date Terminated: 04/16/2008 |
| Cause: 28:2201 Declaratory Judgement | Jury Demand: None |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**IMPAX Laboratories, Inc.**     represented by     **Roger J. Chin**
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
415-947-2000
Fax: 415-947-2099
Email: rchin@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Koh**
Wilson Sonsini Goodrich & Rosati
12235 El Camino Real
Suite 200
San Diego, CA 92130
858-350-2300
Fax: 850-350-2399
Email: jkoh@wsgr.com
*ATTORNEY TO BE NOTICED*

**Ron Eleazer Shulman**
Wilson Sonsini Goodrich & Rosati
A Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650-565-5100
Email: rshulman@wsgr.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Medicis Pharmaceutical Corp** | represented by | **Matthew Douglas Powers** <br> Weil Gotshal & Manges <br> 201 Redwood Shores Pkwy <br> Redwood Shores, CA 94065 <br> 650-802-3000 <br> Fax: 650-802-3100 <br> Email: matthew.powers@weil.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **David Greenbaum** <br> Weil Gotshal & Manges LLP <br> 767 Fifth Avenue <br> New York, NY 10153 <br> 212-310-8000 <br> Fax: 212-310-8007 <br> *ATTORNEY TO BE NOTICED* <br><br> **Elizabeth Stotland Weiswasser** <br> Weil Gotshal & Manges LLP <br> 767 Fifth Avene <br> New York, NY 10153 <br> (212) 310-8000 <br> Email: elizabeth.weiswasser@weil.com <br><br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Jennifer H. Wu** <br> Weil Gotshal & Manges <br> 767 Fifth Ave. <br> New York, NY 10153 <br> (212)310-8683 <br> Fax: (212)310-8007 <br> Email: jennifer.wu@weil.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/15/2008 | 1 | COMPLAINT FOR DECLARATORY JUDGMENT; summons issued against Medicis Pharmaceutical Corp (Filing fee $ 350, receipt number 34611014612). Filed by IMPAX Laboratories, Inc. (Attachments: # 1 Exhibit A)(slh, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/16/2008) |
| 01/15/2008 | 2 | ADR SCHEDULING ORDER: Case Management Conference set for 4/23/2008 01:30 PM. Case Management Statement due by 4/16/2008. (Attachments: # 1 EMC Standing Order, # 2 Case Management Standing |

|  |  |  |
|---|---|---|
|  |  | Order)(slh, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/16/2008) |
| 01/15/2008 |  | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/16/2008) |
| 01/16/2008 | 3 | REPORT on the filing or determination of an action regarding patent infringement (cc: form mailed to register). (slh, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/16/2008 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by IMPAX Laboratories, Inc.. (Chin, Roger) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/17/2008 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 1/17/2008) (Entered: 01/17/2008) |
| 01/18/2008 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Maxine M. Chesney for all further proceedings. Judge Magistrate Judge Edward M. Chen no longer assigned to the case.. Signed by Executive Committee on 1/18/08. (as, COURT STAFF) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/24/2008 | 7 | SUMMONS Returned Executed by IMPAX Laboratories, Inc. Medicis Pharmaceutical Corp served on 1/24/2008, answer due 2/13/2008. (Chin, Roger) (Filed on 1/24/2008) (Entered: 01/24/2008) |
| 01/30/2008 | 8 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 4/18/2008. Case Management Conference set for 4/25/2008 10:30 AM.. Signed by Judge Maxine M. Chesney on 2/27/2007. (Attachments: # 1 Judge Chesney's Standing Orders)(tl, COURT STAFF) (Filed on 1/30/2008) (Entered: 01/30/2008) |
| 01/30/2008 | 9 | CERTIFICATE OF SERVICE by IMPAX Laboratories, Inc. *of Case Management Conference Order and Standing Orders* (Chin, Roger) (Filed on 1/30/2008) (Entered: 01/30/2008) |
| 02/04/2008 | 10 | STIPULATION *TO EXTEND TIME FOR MEDICIS TO RESPOND TO IMPAX'S COMPLAINT FOR DECLARATORY JUDGMENT* by Medicis Pharmaceutical Corp. (Powers, Matthew) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 11 | Certificate of Interested Entities by Medicis Pharmaceutical Corp *CIVIL LOCAL RULE 3-16 CERTIFICATION* (Powers, Matthew) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/05/2008 | 12 | MOTION for leave admission of Attorney Elizabeth Stotland Weiswasser to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611015465.) filed by Medicis Pharmaceutical Corp. (Attachments: # 1 **Proposed Order**)(aaa, Court Staff) (Filed on 2/5/2008) (Entered: 02/06/2008) |
| 02/05/2008 | 13 | MOTION for leave for admission of Attorney Jennifer H. Wu to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611015463.) filed by Medicis Pharmaceutical Corp. (Attachments: # 1 **Proposed Order**)(aaa, Court Staff) (Filed on 2/5/2008) (Entered: 02/06/2008) |
| 02/07/2008 | 14 | ORDER by Judge Maxine M. Chesney granting 13 Motion for Pro Hac Vice |

| | | |
|---|---|---|
| | | of attorney Jennifer H. Wu. (tl, COURT STAFF) (Filed on 2/7/2008) (Entered: 02/07/2008) |
| 02/07/2008 | 15 | ORDER by Judge Maxine M. Chesney granting 12 Motion for Pro Hac Vice of attorney Elizabeth Stotland Weiswasser. (tl, COURT STAFF) (Filed on 2/7/2008) (Entered: 02/07/2008) |
| 02/07/2008 | | (Court only) ***Attorney Jennifer H. Wu for Medicis Pharmaceutical Corp, Elizabeth Stotland Weiswasser for Medicis Pharmaceutical Corp added. (tl, COURT STAFF) (Filed on 2/7/2008) (Entered: 02/07/2008) |
| 02/25/2008 | 16 | STIPULATION *TO EXTEND TIME FOR MEDICIS TO RESPOND TO IMPAXS COMPLAINT FOR DECLARATORY JUDGMENT* by Medicis Pharmaceutical Corp. (Powers, Matthew) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 03/05/2008 | 17 | MOTION to Dismiss filed by Medicis Pharmaceutical Corp. Motion Hearing set for 4/11/2008 09:00 AM in Courtroom 7, 19th Floor, San Francisco. (Powers, Matthew) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | 18 | Proposed Order *Granting Medicis'* 17 *Motion to Dismiss* by Medicis Pharmaceutical Corp. (Powers, Matthew) (Filed on 3/5/2008) Modified on 3/6/2008 (aaa, Court Staff). (Entered: 03/05/2008) |
| 03/05/2008 | 19 | Declaration of Jennifer H. Wu in Support of 17 MOTION to Dismiss filed byMedicis Pharmaceutical Corp. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Related document(s) 17 ) (Wu, Jennifer) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/21/2008 | 20 | Memorandum in Opposition re 17 MOTION to Dismiss filed byIMPAX Laboratories, Inc.. (Chin, Roger) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 21 | Proposed Order re 17 MOTION to Dismiss *Proposed Order Denying Motion* by IMPAX Laboratories, Inc.. (Chin, Roger) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 22 | Declaration of Ted Smolenski in Support of 20 Memorandum in Opposition filed byIMPAX Laboratories, Inc.. (Related document(s) 20 ) (Chin, Roger) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 23 | Declaration of Roger J. Chin in Support of 20 Memorandum in Opposition filed byIMPAX Laboratories, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Related document(s) 20 ) (Chin, Roger) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/28/2008 | 24 | Reply Memorandum re 17 MOTION to Dismiss *REPLY IN FURTHER SUPPORT OF MEDICIS' MOTION TO DISMISS* filed byMedicis Pharmaceutical Corp. (Powers, Matthew) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 04/02/2008 | 25 | STIPULATION and Proposed Order selecting Private ADR by IMPAX Laboratories, Inc. (Attachments: # 1 Plaintiff''s ADR Certification, # 2 |

| | | |
|---|---|---|
| | | Defendant's ADR Certification)(Chin, Roger) (Filed on 4/2/2008) (Entered: 04/02/2008) |
| 04/03/2008 | 26 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byMedicis Pharmaceutical Corp. (Attachments: # 1 Exhibit A)(Powers, Matthew) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/14/2008 | 30 | MOTION for leave for admission of Attorney David Greenbaum to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611018115.) filed by Medicis Pharmaceutical Corp. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 4/14/2008) (Entered: 04/16/2008) |
| 04/15/2008 | 27 | STIPULATION *and [Proposed] Order to Continue Initial Case Management Conference* by IMPAX Laboratories, Inc.. (Koh, Jennifer) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | 28 | STIPULATION AND ORDER to Continue Initial Case Management Conference. The Initial Case Management Conference scheduled for April 25, 2008 is vacated and shall be rescheduled for 10:30 a.m. on the Friday following issuance of the Court's order on the pending motion to dismiss. Signed by Judge Maxine M. Chesney on April 15, 2008. (mmclc2, COURT STAFF) (Filed on 4/15/2008) (Entered: 04/15/2008) |
| 04/15/2008 | | (Court only) ***Deadlines terminated. Re 28 Stipulation & Order (aaa, Court Staff) (Filed on 4/15/2008) (Entered: 04/16/2008) |
| 04/16/2008 | 29 | ORDER granting 17 Defendant's Motion to Dismiss. Signed by Judge Maxine M. Chesney on April 16, 2008. (mmclc2, COURT STAFF) (Filed on 4/16/2008) (Entered: 04/16/2008) |
| 04/16/2008 | | (Court only) ***Civil Case Terminated. (mmclc2, COURT STAFF) (Filed on 4/16/2008) (Entered: 04/16/2008) |
| 04/17/2008 | 31 | ORDER by Judge Maxine M. Chesney granting 30 Motion for Pro Hac Vice of David Greenbaum. (rbe, COURT STAFF) (Filed on 4/17/2008) (Entered: 04/17/2008) |
| 04/17/2008 | | (Court only) ***Attorney David Greenbaum for Medicis Pharmaceutical Corp added. Re 31 Order (aaa, Court Staff) (Filed on 4/17/2008) (Entered: 04/18/2008) |
| 04/22/2008 | 32 | JUDGMENT: Defendant's motion to dismiss is hereby GRANTED. (tl, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/22/2008) |
| 05/12/2008 | 33 | NOTICE OF APPEAL as to 32 Judgment, 29 Order on Motion to Dismiss by IMPAX Laboratories, Inc. Filing fee $ 455.00., Receipt Number 34611019042. Appeal Record due by 6/11/2008. (aaa, Court Staff) (Filed on 5/12/2008) (Entered: 05/13/2008) |
| 05/13/2008 | 34 | Transmission of Notice of Appeal, Cover Letter and Docket Sheet to US Court of Appeals re 33 Notice of Appeal (aaa, Court Staff) (Filed on 5/13/2008) (Additional attachment(s) added on 5/13/2008: # 1 Cover Letter) (aaa, Court Staff). (Entered: 05/13/2008) |
| | | |

| | | |
|---|---|---|
| 05/13/2008 | 35 | Certificate of Record Mailed to USCA re appeal 33 Notice of Appeal : (aaa, Court Staff) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/13/2008 | 36 | Copy of 33 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 5/13/2008) (Entered: 05/13/2008) |