**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                    415.522.2000

May 13, 2008

U.S. Court of Appeals
For the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

**CASE NUMBER: <u>CV 08-00253 MMC</u>**

**CASE TITLE: <u>IMPAX LABORATORIES INC.-v-MEDICIS PHARMACEUTICAL
CORP.</u>**

USCA Case Number:

Dear Sir/Madam:

        Enclosed is the Notice of Appeal  in the above captioned case.  Please acknowledge

receipt on the enclosed copy of this letter and return it to this office.

                                         Sincerely,

                                         RICHARD W. WIEKING, Clerk

                                         by:  <u>Alfred Amistoso</u>
                                         Case Systems Administrator

cc:  Counsel of Record

AO 149 (6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

IMPAX LABORATORIES INC.-v-MEDICIS PHARMACEUTICAL CORP.
Plaintiff(s)                          Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment,order or opinion.)

Type of case: **28:2201 Declaratory Judgment**

Docket No.  CV 08-00253 MMC          Date of Judgment/Order:  **4/16/08 & 4/22/08**

Cross or related appeal?      Date of Notice of Appeal:  **5/12/08**

Appellant is:  (X)  Plaintiff     ()  Defendant     ()  Other (explain

DOCKET FEE STATUS:
    (x)  Paid     ()  Not Paid     Billed On:
    U.S. Appeal?  Yes (x)  No  ()
    In forma pauperis?
    ()  Granted     ()  Denied     ()  Revoked          ()  Pending     (x)  Never requested

COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.
Roger J. Chin
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650 493-9300

COURT REPORTER: None

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.